790

**Quincy Adam BANKS**

v.

**STATE**

CR-13-1007

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/27/2015

Affirmed

**Melvin HUTCHESON**

v.

**STATE**

CR-13-1008

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**David Todd STEPHENS**

v.

**STATE**

CR-13-1019

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**A.A.**

v.

**STATE**

CR-13-1027

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Elzie Stephen RODGERS**

v.

**STATE**

CR-13-1030

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

